# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| JAN ARBUCKLE AND JAMES ARBUCKLE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:23-cv-00781-SPC-NPM |

## JOINT MOTION FOR LEAVE TO CONDUCT MEDIATION REMOTELY (BY ZOOM VIDEOCONFERENCE)

COME NOW Plaintiffs, Jan Arbuckle and James Arbuckle, and the Defendant, Wright National Flood Insurance Company ("Wright"), a Write-Your-Own ("WYO") Program insurance carrier participating in the United States Government's National Flood Insurance Program, pursuant to the National Flood Insurance Act of 1968 ("NFIA"), as amended,[1] appearing in its "fiduciary"[2] capacity as the "fiscal agent of the United States,"[3] by and through undersigned counsels, and jointly move the Court for leave to conduct the mediation required by the Court's Hurricane Ian Scheduling Order [ECF 5] remotely via Zoom videoconference (or other remote means) and in support thereof states as follows:

1.　　　The Court entered the Hurricane Ian Scheduling Order in this matter

---

[1] 42 U.S.C. § 4001, *et seq.*
[2] *See* 44 C.F.R. § 62.23(f).
[3] 42 U.S.C. § 4071(a)(1); *Shuford v. Fidelity Nat. Prop. & Cas. Ins. Co.,* 508 F.3d 1337, 1339 (11th Cir. 2007).

on September 27, 2023. ECF 5.

2. The Hurricane Ian Scheduling Order requires the parties to conduct an in-person mediation within 210 days after the filing of a response to the Complaint. ECF 5, at p. 16.

3. On December 15, 2023, a Notice of Selection of Mediator was filed with the Court selecting Eric Kleinman as the mediator in this matter. ECF 14.

4. Mr. Kleinman will file a Notice of Mediation shortly.

5. The Parties, by counsel, seek leave from the Court to conduct the mediation in this matter required by the Hurricane Ian Order remotely via Zoom videoconference.

6. The Parties certify that conducting the mediation via Zoom will have no effect on the potential for settlement and that the matter will be just as likely to resolve if the mediation is conducted via Zoom.

7. Counsel for Plaintiffs and counsel for Wright have conferred on this matter and jointly consent to the proposed relief.

WHEREFORE, Plaintiffs, Jan Arbuckle and James Arbuckle, and Defendant, Wright National Flood Insurance Company, respectfully requests that this Court grant the Joint Motion for Leave to Conduct Mediation Remotely.

## **LOCAL RULE 3.01(g) CERTIFICATION**

I, undersigned counsel for Defendant, Wright National Flood Insurance Company, hereby certify that the parties conferred regarding the substance of this motion in compliance with Local Rule 3.01(g) and that the parties jointly seek the requested relief.

Dated: December 15, 2023

           Respectfully submitted,

       By:  */s/ Joel W. Morgan*
           Joel W. Morgan (FBN: 1010062)
           Butler Snow LLP
           919 East Main Street, Suite 600
           Richmond, VA 23219
           Direct: (804) 762-6027
           Telephone: (804) 762-6030
           Facsimile: (804) 762-6031
           Email: joel.morgan@butlersnow.com
             christina.citino@butlersnow.com
           *Lead Counsel for Defendant,*
           Wright National Flood Insurance Company


           */s/ Amanda Gehring*
           Amanda Gehring (FBN: 0096795)
           Long & Long, P.C.
           3600 Springhill Memorial Drive N.
           Mobile, AL 36608
           Telephone: (251) 445-6000
           Email: insurance@longandlong.com
           *Counsel for Plaintiffs,*
           Jan Arbuckle and James Arbuckle

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2023, a true and correct copy of the foregoing Joint Motion for Leave to Conduct Mediation Remotely was electronically filed using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                              */s/ Joel W. Morgan*
                                                             Joel W. Morgan