# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

JAN ARBUCKLE AND
JAMES ARBUCKLE,

      Plaintiffs,

v.

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY,

      Defendant.

Case No. 2:23-cv-00781-SPC-NPM

## JOINT MOTION FOR EXTENSION OF DEADLINES FOR THE PARTIES TO PARTICIPATE IN MEDIATION

Plaintiffs, Jan Arbuckle and James Arbuckle, and Defendant, Wright National Flood Insurance Company ("Wright"), which appears solely in its capacity as a Write-Your-Own ("WYO") Program insurance carrier participating in the United States Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968 ("NFIA"), as amended,[1] in its "fiduciary"[2] capacity as the "fiscal agent of the United States,"[3] by and through the undersigned counsel, move the Court to extend the time for the parties to participate in mediation pursuant to the Court's Hurricane Ian Order entered

---

[1] *See* 42 U.S.C. § 4001 *et seq*.
[2] 44 C.F.R. § 62.23(f).
[3] 42 U.S.C. § 4071(a)(1); *Shuford v. Fidelity Nat. Prop. & Cas. Ins. Co.*, 508 F.3d 1337, 1343 (11th Cir. 2007).

September 27, 2023 [ECF 5]. In support of the Motion, the parties represent the following:

1. Plaintiffs filed the Complaint on September 26, 2023. ECF 1.

2. This action involves claims for alleged damages to a property resulting from Hurricane Ian on or about September 28, 2022.

3. The Court entered the Hurricane Ian Scheduling Order (the "Ian Order") [ECF 5] on September 27, 2023.

4. Wright filed its Answer and Defenses to Plaintiffs' Complaint on October 30, 2023.

5. The Parties filed their Joint Notice of Selection of Mediator on December 15, 2023, in compliance with the Ian Order, identifying Eric Kleinman as the mediator. ECF 14.

6. The Parties exchanged Automatic Discovery in accordance with the Ian Order.

7. The Parties exchanged written discovery requests (Interrogatories and Requests for Production of Documents).

8. Counsel for the Parties have had multiple conversations regarding the issues in the case and potential resolution of this action and remain optimistic that the matter can be resolved, potentially before a mediation.

9. The Ian Order requires the parties to participate in mediation by May 27, 2024.

10. The Parties have tentatively scheduled mediation for May 30, 2024 at 12:00 p.m. with Eric Kleinman.

11. The Parties jointly move this Court for an extension of the mediation deadline of May 27, 2024 up to and including June 10, 2024 to provide the Parties sufficient time to complete mediation.

12. Should the Court grant this motion, a Notice of Mediation confirming the May 30, 2024 date will be filed shortly thereafter.

WHEREFORE, Plaintiffs, Jan Arbuckle and James Arbuckle, and Defendant, Wright National Flood Insurance Company, respectfully request that this Court grant their motion.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned counsels for Plaintiffs, Jan Arbuckle and James Arbuckle, and Defendant, Wright National Flood Insurance Company, hereby certify that the Parties conferred regarding the substance of this motion in compliance with Local Rule 3.01(g) and that the Parties agree to the requested relief.

Dated: May 3, 2024

Respectfully submitted,

By: */s/ Joel W. Morgan*
Joel W. Morgan (FBN: 1010062)
Butler Snow LLP
919 East Main Street, Suite 600
Richmond, VA 23219
Direct: (804) 762-6027
Telephone: (804) 762-6030
Facsimile: (804) 762-6031
Email: joel.morgan@butlersnow.com
christina.citino@butlersnow.com
*Lead Counsel for Defendant,*
Wright National Flood Insurance Company

and

*/s/ Jennifer Perez*
Jennifer Perez (FBN: 1023208)
Long & Long, P.C.
3600 Springhill Memorial Drive N.
Mobile, AL 36608
Telephone: (251) 445-6000
Fax: (251) 445-0282
Email: jperez@longandlong.com
insurance@longandlong.com
*Lead Counsel for Plaintiffs,*
Jan Arbuckle and James Arbuckle

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, a true and correct copy of the foregoing Joint Motion for Extension of Mediation Deadline was electronically filed using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Joel W. Morgan*
Joel W. Morgan

4